No. 87–59. UNITED STATES POSTAL SERVICE v. NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO. C. A. D. C. Cir. Certiorari granted limited to Question 2 presented by the

petition.